**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7900**

———————

DANNY MITCHELL,

　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

RED ONION STATE PRISON; COMMONWEALTH OF
VIRGINIA,

　　　　　　　　　　　　　　　Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior District
Judge. (CA-02-531-7)

———————

Submitted:  February 6, 2003　　　Decided:  February 13, 2003

———————

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Danny Mitchell, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Danny Mitchell seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2000) action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on September 11, 2002. The notice of appeal was filed on December 6, 2002. Because Mitchell failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2